## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LIQUID CONSULTING, INC.,

     Plaintiff,

v.                                                                    Case No. 6:22-cv-2312-RBD-RMN

ROBERTO HERRERA; GLOBAL
PROCESS CONSULTANTS, LLC;
and GLOBAL PROCESS
CONSULTANTS SRL,

     Defendants.

_____

## ORDER

Before the Court is Defendant's Motion to Quash and Dismiss. (Doc. 2 ("Motion").) On referral, U.S. Magistrate Judge Celeste F. Bremer recommends denying the motion as moot because Plaintiff has filed an Amended Complaint and service of process remains pending. (Doc. 48 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.    The R&R (Doc. 48) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     The Motion (Doc. 2) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 29, 2023.

ROY B. DALTON JR.
United States District Judge