**EXHIBIT 1**

**Subject:** Re: Liquid Consulting v. Herrera
**Date:** Friday, April 28, 2023 at 11:03:07 AM Eastern Daylight Time
**From:** Pedro A Jedlicka
**To:** Karen Gazboda, Tim Sobczak, Esq.
**CC:** Nicky Mooney, JEDCA Law - Case Management, Adriana Vaamonde
**Attachments:** image385349.png, image925851.png, image350575.png, image410935.png, image401000.png, image706659.png, image001.png, image002.png, 2023-0428-00024-Parties Confidentiality Agreement executed.pdf

Thank you.

Please find attached the executed version of the Confidentiality Agreement.

Regards,

--



Pedro A. Jedlicka, Esq. | Attorney at Law
pjedlicka@jedca.law

T +1 (561) 717.6989
M +1 (754) 308.9689
**www.jedca.law**

**JEDCA Law, P.A.**
10055 Yamato Road
Boca Raton, FL 33498

Admitted to practice law in Florida, and Venezuela.

The information contained in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it.

The information contained in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it.

---

**From:** Karen Gazboda <KGazboda@deanmead.com>
**Date:** Friday, April 28, 2023 at 9:42 AM
**To:** Pedro A Jedlicka <pjedlicka@jedca.law>, Adriana Vaamonde <avaamonde@jedca.law>
**Cc:** Tim Sobczak, Esq. <TSobczak@deanmead.com>, Nicky Mooney <NMooney@deanmead.com>
**Subject:** RE: Liquid Consulting v. Herrera

Good morning,

Please find the confidentiality agreement signed by Mr. Sobczak.

Thank you,
Karen

www.deanmead.com

**Karen Gazboda**
**Legal Secretary**
**to Marc D. Chapman, Esq., Nichole M. Mooney, Esq.and Timothy W. Sobczak, Esq.**
KGazboda@deanmead.com
O: 407-841-1200  F:  407-423-1831
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.
420 S. Orange Avenue, Suite 700, Orlando, FL 32801
Orlando | Fort Pierce | Tallahassee | Viera/Melbourne | Vero Beach | Naples
**vCard**

PRIVILEGED INFORMATION DISCLAIMER: This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete this email, destroy any hard copies thereof, and notify us immediately by telephone. Thank you.